IN THE UNITED STATES DISCTRICT COURT
FOR THE SOUTHERN DISTRICT OF IOWA
CENTRAL DIVISION

| | | |
|---|---|---|
| JANIS CORDERMAN, a/k/a JAN CORDERMAN, | ) ) ) | Civil No. 05-675 |
| Plaintiff, | ) ) ) | |
| v. | ) ) | |
| AFSCME COUNCIL 61, | ) ) | **ANSWER** |
| Defendant. | ) ) | |

COMES NOW the Defendant, AFSCME Iowa Council 61, and for its answer to the Plaintiff's petition states:

1. Admit.

2. Admit.

3. Admit.

4. Admit AFSCME Iowa is a subordinate of AFSCME International, who administers the retirement program for AFSCME Iowa. Deny that Plaintiff Corderman is entitled to vacation accrual, sick leave health benefit expense conversion reimbursement, expense reimbursement, and sick leave accrual conversion and/or severance pay.

5. Deny. On July 9, 2005, Plaintiff Corderman was terminated.

6. Deny.

7. Deny.

8. Defendant reinstates its answers to paragraphs one through seven.

9. Deny.

10. Admit.

11. Admit.

12. Admit.

13. Admit that AFSCME Iowa has a contract for its bargaining unit, but denies Corderman's eligibility to benefits under either AFSCME's contract for bargaining unit employees or policy for non-bargaining unit employees.

14. Deny.

15. Deny.

16. Deny.

17. Defendant reinstates its answers to paragraphs one through seven.

18. Deny.

19. Deny.

20. Deny.

21. Deny.

WHEREFORE, the Defendant prays for dismissal of the Plainitff's petition and respectfully requests that the Court assess costs and other relief the Court deems appropriate against the Plaintiff.

## AFFIRMATIVE DEFENSES

The Defendant AFSCME Iowa Council 61 hereby asserts the following affirmative defenses to the Plaintiff's claim:

1. Counts I and II of the Plaintiff's claim are preempted by the Employee Retirement Income Security Act of 1974 ("ERISA").

2. The Plaintiff has failed to exhaust her contractual remedies.

3. The Plaintiff has failed to exhaust her internal union remedies.

4. The Plaintiff has failed to exhaust her administrative remedies.

*/s/ Mark Hedberg*

Mark T. Hedberg
Nathaniel R. Boulton
Hedberg, Owens, Hedberg & Walsh, P.C.
840 Fifth Avenue
Des Moines, IA 50309
515/288-4146 (Phone)
515/288-3320 (Fax)
mthedberg@uswest.net
nboulton@hedberglaw.com

ATTORNEY FOR DEFENDANT

Original filed.

Copy to:

Patrick H. Payton
Patrick H. Payton & Assoc., P.C.
513 East Sixth Street, Suite A
Des Moines, IA 50309

| CERTIFICATE OF SERVICE |
|---|
| The undersigned certifies that the foregoing instrument was served upon all parties to the above cause to each of the attorneys of record herein at their respective addresses disclosed on the pleadings on 12/22 20 05 |
| By: ☒ U S Mail ☐ FAX |
| ☐ Hand Delivered ☐ Overnight Courier |
| ☐ Certified Mail ☐ Other: |
| Signature */s/* |